IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-581

| ANGELA E. CARMICHAEL, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, | ) | |
| Defendant. | ) | |

This matter comes before the Court on plaintiff's voluntary dismissal of her claims. This motion complies with Federal Rule of Civil Procedure 41. The motion [DE 5] is GRANTED. The Clerk is DIRECTED to close the case.

SO ORDERED, this _70_ day of February, 2020

_____
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE